IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TAREK MNEIMNE,

      Appellant,

 v.

Case No. 5D22-1155
LT Case No. 2022-30475-CICI

DAVID L. JANCHA,

      Appellee.

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Volusia County,
Karen Adams Foxman, Judge.

Tarek Mneimne, Daytona Beach,
pro se.

David L. Jancha, of Jancha Law,
P.A. , Deland, pro se.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.